**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**GARY R. ST. MARY,**

                    Petitioner,                    9:18-cv-633
                                                                         (GLS/DJS)

            v.

**R. COVENY,**

                    Respondent.
_____

**APPEARANCES:**                               **OF COUNSEL:**

**FOR PETITIONER:**
Gary R. St. Mary
*Pro Se*
16-A-1179
Attica Correctional Facility
Box 149
Attica, NY 14011

**FOR RESPONDENT:**
HON. LETITIA JAMES               LISA E. FLEISCHMANN
New York State Attorney General   Assistant Attorney General
28 Liberty Street
New York, NY 10005

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

     The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart duly filed on April 8, 2019. (Dkt. No. 12.) Following fourteen days from the

service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that no Certificate of Appealability shall be issued because Petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

May 6, 2019
Albany, New York

Gary L. Sharpe
U.S. District Judge